UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.     Case No.  8:05-cv-1734-T-30MAP

CONTENTS OF BANK OF AMERICA
ACCOUNT NUMBERS 091000061081093;
091000061081064; 091000061081006;
091000060553632; 091000058101203;
091000058101229; and 091000058101245
held in the name of Charles D. Butler in Trust
for Terry Lee Butler;

CONTENTS OF BANK OF AMERICA
ACCOUNT NUMBER 005492801207
held in the name of Terry Lee Butler;

CONTENTS OF BANK OF AMERICA
ACCOUNT NUMBER 005492801537
held in the name of Drug Store MD, Inc.;

$210,510.31 IN CREDIT CARD
RECEIPTS IN TRANSIT TO CENTRAL
BANCARD, TID: V6346627, Merchant
ID: 544068076260014, Registered
Account Holder: Drug Store Md, Inc.,
dba iPHARMACY.MD;

REAL PROPERTY LOCATED AT 5001 S.
Orange Avenue, Orlando, FL 32809;

REAL PROPERTY LOCATED AT 21 Cedar
Tree Terrace, Ocala, FL 34472;

2001 MERCEDES-BENZ, S430,
VIN# WDBNG70J51A202085; and

CONTENTS OF SMITH BARNEY CITIGROUP
ACCOUNT NUMBER 164-12369-12 254
held in the name of Terry L. Butler, Trustee,

    Defendants.

_____

**ORDER**

    Effective April 29, 2004, the United States District Court for the Middle District of

Florida's Administrative Procedures for Electronic Filing in Civil and Criminal Cases, in

compliance with the E-Government Act of 2002, require parties to redact financial account numbers from records filed with the court. This rule was created in anticipation of Electronic Case Filing in this district, which resulted in Internet access to documents filed with the court, and was intended to impede attempts at identity fraud.

The case caption and pleadings submitted in a civil asset forfeiture action typically contain references to personal identifiers, including financial account numbers, prohibited from disclosure in the Administrative Procedures for Electronic Filing in Civil and Criminal Cases. Pursuant to Supplemental Rule C(4) for Certain Admiralty and Maritime Claims of the Federal Rule of Civil Procedure and Local Rule 7.01(g), the United States is obligated to publish notice of a complaint for forfeiture in rem in a newspaper of general circulation in Orange County, Florida and the county in which the defendant property was located at the time or arrest. To constitute meaningful notice, and satisfy the Due Process Clause, such publication notice must include the complete financial account number. Thus, exempting this case from the requirements of the Administrative Procedures for Electronic Filing in Civil and Criminal Cases does not increase the risk that the personal identifiers will be misused through Internet access.

For the foregoing reasons, **pleadings in this case shall be exempt from the requirements of the Administrative Procedures for Electronic Filing in Civil and Criminal Cases, may be filed in an unredacted form, and shall be added to the public docket and made available in electronic or paper format to anyone who personally appears at the Clerk's Office.**

**DONE** and **ORDERED** in Tampa, Florida on September 22, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2005\05-cv-1734.redaction.wpd