UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No. 8:05-cv-1734-T-17MAP

CONTENTS OF BANK OF AMERICA
ACCOUNT NUMBERS 091000061081093;
091000061081064; 091000061081006;
091000060553632; 091000058101203;
091000058101229; and 091000058101245
held in the name of Charles D. Butler in Trust
for Terry Lee Butler, et al.

    Defendants.

## JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court on the United States' Motion for a Judgment of Forfeiture, pursuant to the provisions of 21 U.S.C. § 881(a)(6), 18 U.S.C. § 981(a)(1)(A) and Supp'l Rule G, Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, for the following seized funds (the Defendant Properties), less the amounts subject to release to Terry Lee Butler or third parties for his benefit:

    (a)    Contents of Bank of America Account Numbers 091000061081093; 091000061081064; 091000061081006; 091000060553632; 091000058101203; 091000058101229; and 091000058101245 held in the name of Charles D. Butler in trust for Terry Lee Butler;

    (b)    Contents of Bank of America Account Number 005492801207 held in the name of Terry Lee Butler;

          Contents of Bank of America Account Number 005492801537 held in the name of Drug Store MD, Inc.;

(c)    $210,510.31 in credit card receipts in transit to Central Bancard, TID: V6346627, Merchant ID: 5440068076260014, registered account holder: Drug Store MD, Inc., dba iPharmacy.MD;

(d)    Contents of Smith Barney Citigroup Account Number 164-12369-12 254, a Defined Benefit Pension Plan held in the name of Terry L. Butler, Trustee.

Having been fully advised in the premises, the Court hereby finds as follows:

1.    This is a civil action *in rem* brought pursuant to the provisions of 21 U.S.C. § 881(a)(6), which provides for the forfeiture of all proceeds of the sale of controlled substances, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 843(b); and 18 U.S.C. § 981(a)(1)(A), which provides for the forfeiture of any property, real or personal, involved in violations of 18 U.S.C. §§ 1957 and or 1956(a)(1)(B)(i). The defendant bank accounts and credit card receipts in transit are subject to forfeiture on the grounds that they represent proceeds traceable to illegal drug transactions and were involved in illegal monetary transactions.

2.    The only individuals or entities known to have an interest in the Defendant Properties are Terry Lee Butler, Drug-Store MD, Inc., Charles D. Butler, Miracle Temple, Inc., and Central Bancard.[1] On November 4, 2005, the

---

[1] The Marion County Tax Collector, the Orange County Tax Collector, Fidelity Bank of Florida were known to have an interest in the real properties being dismissed from this action. Because those properties are not being forfeited, their interests need not be addressed.

United States sent, via certified U.S. mail and regular mail, Notice of Forfeiture, Acknowledgments of Receipt of Notice of Forfeiture, and a copy of the Amended Complaint for Forfeiture in Rem, Warrant of Arrest in Rem and Notice of Designation to the individuals or entities listed above regarding the government's intent to seek forfeiture of the Defendant Properties.

3. On November 30, 2005, Central Bancard made a written request to the United States for reimbursement of $6,332.90 in "chargebacks" and attendant fees charged to the iPharmacy account seized by the United States. It has also made a similar request for payment to Drug-Store MD, Inc. d/b/a iPharmacy, but no payment has been made.

4. On December 2, 2005, Charles D. Butler, individually and on behalf of Miracle Temple, Inc., filed a Statement of Right or Interest and on January 30, 2006, he filed an Answer to the Amended Complaint. (Docs. 17 and 26). On December 5, 2005, Terry Lee Butler, individually and on behalf of Drug-Store MD, Inc., filed a Statement of Right or Interest and on January 17, 2006, he filed an Answer to the Amended Complaint. (Docs. 18 and 23).

5. On June 4, 2008, the Internal Revenue Service filed a Notice of Levy reflecting unpaid taxes due for tax year 2004 in the amount of $307,608.34; because additional interest and penalties have accrued since the date of the Notice of Levy, the total amount due is now approximately $375,000.00.

6. On April 16, 2010, the United States, Claimants Terry Lee Butler, in his individual capacity and as the owner of Drug-Store MD, Inc., and Charles D. Butler, in his individual capacity and on behalf of Miracle Temple, Inc. entered into a Stipulated Settlement Agreement. (Doc. 70). Pursuant to that Stipulated Settlement Agreement, the United States has agreed to release $6,332.90 in seized funds to Central Bancard; pay Terry Lee Butler's 2004 federal income tax (see paragraph 6, below); return $417,000.00 to Terry Lee Butler, and dismiss this forfeiture of (a) the 2001 Mercedes-Benz S430, Vehicle Identification Number WDBNG70J51A202085, registered to Charles D. Butler and Miracle Temple, Inc.; (b) 21 Cedar Tree Terrace, Ocala, Florida; and (c) 5001 S. Orange Avenue, Orlando, Florida. The Butlers consented to the forfeiture of all of the remaining seized funds.

7. In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture for the Defendant Properties and of its intent to dispose of the Defendant Properties, in the *Tampa Tribune*, a newspaper of general circulation in Hillsborough County, Florida and in the *Orlando Sentinel*, a newspaper of general circulation in Orange County, Florida on November 29, 2005, December 6, 2005 and December 13, 2005. (Docs. 28 and 29). The United States also published notice of the forfeiture for the Defendant Properties and of its intent to dispose of the Defendant Properties, in the *Star-Banner*, a newspaper of general circulation in Marion County, Florida on

December 23, 2005, December 30, 2005 and January 6, 2006. (Doc. 27). The publication gave notice to all third parties with a legal interest in the Defendant properties to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 30 days of the final date of publication.

8.  No persons or entities other than those identified in paragraph 2 above, are known to have an interest in the Defendant Properties. No third party has filed a Petition of Ownership other than Terry Lee Butler and Charles D. Butler, and the time for filing such Petition has expired.

Accordingly, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the motion of the United States is GRANTED.

It is further **ORDERED** that, pursuant to the terms of the Stipulated Settlement Agreement, the United States is directed to do the following:

(1)  Release $6,332.90 in seized funds to Central Bancard;

(2)  Release sufficient funds to fully satisfy Terry Lee Butler's 2004 federal income tax liability. If the Internal Revenue Service agrees to abate or refund any of the accrued interest and penalties, the abated or refunded amount shall be forfeited to the United States; and

(3)  Release $417,000.00 in seized funds to the Trust Account of Arnold & New for the benefit of Terry Lee Butler.

5

It is further **ORDERED** that, pursuant to 21 U.S.C. § 881(a)(6), 18 U.S.C. § 981(a)(1)(A) and Supp'l Rule G, Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, all right, title and interest in the remaining funds seized from the accounts listed above (the Defendant properties) is forfeited to the United States for disposition according to law.

It is FURTHER **ORDERED** that the following properties shall be dismissed from this action:

    (a)    the 2001 Mercedes-Benz S430, Vehicle Identification Number WDBNG70J51A202085, registered to Charles D. Butler and Miracle Temple, Inc.;

    (b)    21 Cedar Tree Terrace, Ocala, Florida; and

    (c)    5001 S. Orange Avenue, Orlando, Florida.

**DONE** and **ORDERED** in Chambers in Tampa, Florida this 26th day of APRIL, 2010.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Anita M. Cream, AUSA
Attorneys of Record