# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                          CASE NO. 8:05-CIV-1734-T-17-MAP

Contents of Bank of America 091000061081093;
091000061081064; 091000061081006;
091000060553632; 091000058101203;
091000058101229; 091000058101245 held in the
name of Charles D. Butler in Trust for Terry
Lee Butler, et al.,
    Defendants.
_____/

## ORDER

This cause is before the Court on the amended motion to set aside judgment of forfeiture (Doc. 80) and the response (81). The Court finds the response well-taken and adopts it by reference herein. Accordingly, it is

**ORDERED** that the amended motion to set aside judgment of forfeiture (Doc. 80) be **denied**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 2nd day of May, 2011.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record